

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00867-CR

Taurean Randolph **MOSES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR10305
Honorable Philip A. Kazen, Jr., Judge Presiding

PER CURIAM

Sitting:  Karen Angelini, Justice
     Sandee Bryan Marion, Justice
     Marialyn Barnard, Justice

Delivered and Filed:  January 29, 2014

DISMISSED FOR LACK OF JURISDICTION

Taurean Randolph Moses pled nolo contendere to the offense of aggravated assault with a deadly weapon. The trial court imposed sentence on February 10, 2012, and Moses did not file a motion for new trial. A notice of appeal was not filed until December 9, 2013.

On December 20, 2013, we notified Moses that the record raised an issue regarding our jurisdiction to entertain this appeal. We ordered Moses to file a response by January 10, 2014, showing why this appeal should not be dismissed for lack of jurisdiction. Moses did not respond to our order.

Because the notice of appeal in this case was not timely filed, we lack jurisdiction to entertain this appeal. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (holding that if appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of appeal, and may take no action other than to dismiss appeal); *see also Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). We, therefore, dismiss this appeal for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH